**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:20-cr-00018 |
| ) | The Hon. Anthony J. Trenga |
| MARVIN TORRES ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Marvin Torres, above named Defendant, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 17th day of May, 2023.

Respectfully submitted,

_____/s/_____
JONATHAN R. OATES
Counsel for Marvin Torres
Krum, Gergely & Oates, LLC
4103 Chain Bridge Road, Suite 401
Fairfax, Virginia 22030
Ofc: (703) 988-3711
Fax: (240) 341-1423
jon@kgofirm.com