FILED: June 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4368
(1:20-cr-00018-AJT-4)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARVIN TORRES, a/k/a Trance

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:20-cr-00018-AJT-4 |
| Date notice of appeal filed in originating court: | 05/31/2023 |
| Appellant(s) | Marvin Torres |
| Appellate Case Number | 23-4368 |
| Case Manager | Rachel Phillips<br>804-916-2702 |